**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NARDIN JACOB, an individual and JANET JACOB, an individual, and as Representative of The Estate of Martin Jacob,<br><br>　　　　　Defendants. | 1:07-cv-1259 OWW DLB<br><br>**JUDGMENT** |

　　This matter is before the Court on the Findings and Recommendations of the Magistrate Judge regarding Plaintiff, Allstate Insurance Company's ("Allstate") Application for Entry of Default Judgment.

　　The Findings and Recommendations were filed March 3, 2008.

　　The Court has conducted the review provided by 28 U.S.C. § 636(b)(1)(B) and determines that no Defendant has responded in this case and default is fully justified.

　　Based upon Plaintiff's showing and the Findings and Recommendations of the Magistrate Judge, which are fully supported by the law, a valid exclusion exists to prevent any

1

duty to defend arising or any duty to indemnify on the part of Plaintiff.

For the reasons stated above and in the Findings and Recommendations:

1. The Findings and Recommendations of the Magistrate Judge are ADOPTED;

2. Judgment is GRANTED in favor of Plaintiff, Allstate, and against Defendant Nardin Jacob, an individual, Janet Jacob, an individual, and as Representative of the Estate of Martin Jacob;

3. The Court enters the following Declaratory Judgment:  that the Deluxe Homeowners Policy No. 099811015 issued by Allstate to Nardin Jacob does not provide coverage for the liability or potential liability of Nardin Jacob for any damages or injuries resulting from the death of Martin Jacob and the Allstate policy does not require Allstate to defend or indemnify Nardin Jacob or to pay for any judgment obtained by Janet Jacob either individually, or as Representative of the Estate of Martin Jacob, or to pay any medical payments for any injuries arising or resulting from the death of Martin Jacob; and

4. Plaintiff, Allstate, shall recover its costs of suit.

IT IS SO ORDERED.

Dated:   July 25, 2008                    /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE